UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMAD DAVIS,

    Petitioner,            Case No. 1:18-CV-630

v.                HON. GORDON J. QUIST

SHANE JACKSON,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 18, 2020, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R. & R.) recommending that the Court deny Petitioner's habeas corpus petition. The Court has reviewed the R & R recommending that the petition be denied. The R. & R. was duly served on Petitioner on April 20, 2020. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the April 18, 2020, Report and Recommendation (ECF No. 16) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

A separate judgment will enter.

This case is **concluded**.

Dated: May 7, 2020                               /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE